**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**TAYLOR BIRO,**

      **Plaintiff,**

**v.**                                          **Case No. 4:22-cv-442-AW-MAF**

**CITY OF TALLAHASSEE,**

      **Defendant.**

_____/

**<u>ORDER GRANTING LEAVE TO FILE SUR-REPLY</u>**

Biro's unopposed motion for leave to file a sur-reply (ECF No. 25) is

GRANTED. The deadline to file the sur-reply is May 22.

SO ORDERED on May 15, 2023.

                                   <u>s/ *Allen Winsor*_____</u>
                                   United States District Judge